```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2007 AUG -8  PM 2:59

                                         LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEITH LIPTON #371486                                CIVIL ACTION

VERSUS                                              NO. 06-2987

N. BURL CAIN, WARDEN                                SECTION "H"

ORDER

Petitioner Keith Lipton, a state court prisoner, filed a *pro se* petition for federal *habeas corpus* relief seeking an order vacating his state court convictions and sentences on one count of conspiracy to commit armed robbery (La. Rev. Stat. 14:26 and 14:64), one count of aggravated burglary (La. Rev. Stat. 14:60), five counts of armed robbery (La. Rev. Stat. 14:64), one count of simple burglary (La. Rev. Stat. 14:62), two counts of attempted armed robbery (La. Rev. Stat. 14:27 and 14:64), and one count of possession of stolen property valued at more than $1,000.00 (La. Rev. Stat. 14:69). Petitioner seeks to vacate his convictions, contending that both his trial counsel and his appellate counsel rendered ineffective assistance and that the trial court erred in denying his motion to suppress evidence.

The court referred the case to Magistrate Judge Alma Chasez who prepared a "Report and Recommendation" (Doc. 9) in which she recommends that Lipton's petition for relief pursuant to



28 U.S.C. §2254 be denied with prejudice. Petitioner timely filed "Objections to the Magistrate's Report and Recommendation" (Doc. 10).

Pursuant to 28 U.S.C. §636(b)(1), I have conducted a *de novo* review of those portions of the Report and Recommendation objected to by petitioner. Upon review of the petition, the entire state court record, and the applicable law, I conclude that the conclusions of the Magistrate Judge are fully supported by the record and the controlling case law. Accordingly, I hereby overrule petitioner's objections, approve the Report and Recommendation of the United States Magistrate Judge and adopt the Report and Recommendation as the opinion in this matter. Accordingly,

**IT IS ORDERED** that Keith Lipton's petition for *habeas corpus* relief is hereby dismissed with prejudice.

New Orleans, Louisiana, this 7th day of August, 2007.

*Adrian G. Duplantier*
UNITED STATES DISTRICT JUDGE